1140

No. 99–6401. TAYLOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6515. COCKE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6572. ERICKSON v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 99–6690. DAVIS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–6898. HUNTER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–7119. PORTS v. DEAN, SUPERINTENDENT, LAKE CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–7130. HORTON v. McCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–7135. OSWALD v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7142. JOHNSON v. REYNOLDS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–7147. MOODY v. McCROWSKEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–7148. KANAZEH v. SANDGROUND, BARONDESS & WEST ET AL. Sup. Ct. Va. Certiorari denied.

No. 99–7153. KOROTKA v. SONDALLE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–7156. RABAH v. BARBO, ADMINISTRATOR, NORTHERN STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 99–7164. SMITH v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–7165. BENN v. LOUISIANA. Sup. Ct. La. Certiorari denied.